# UNITED STATES DISTRICT COURT

for the
Central District of California

**LAURIE J. FISCHER**

*Plaintiff*

v.

**U.S. BANK, NATIONAL ASSOCIATION; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES LLC**

*Defendant*

Civil Action No. 2:26-cv-09750-PA-BFM

## AFFIDAVIT OF SERVICE

I, Mariah Gutierrez, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to EQUIFAX INFORMATION SERVICES LLC in Sacramento County, CA on September 16, 2026 at 1:17 pm at 2710 Gateway Oaks Dr, Ste 150N, Sacramento, CA 95833-3502 by leaving the following documents with Skylar Leih who as Intake Specialist at The Prentice-Hall Corporation System, Inc. is authorized by appointment or by law to receive service of process for EQUIFAX INFORMATION SERVICES LLC.

SUMMONS IN A CIVIL ACTION
COMPLAINT FOR DAMAGES
CIVIL COVER SHEET
NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM
CERTIFICATION AND NOTICE OF INTERESTED PARTIES
NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES
NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
STANDING ORDER

Additional Description:
Skylar Leih oversaw drop-off.

Race: , Sex: , Est. Age: , Hair: , Glasses: N, Est. Weight: , Est. Height: .
Geolocation of Serve: https://google.com/maps?q=38.616055,-121.5166033333
Photograph: See Exhibit 1

Total Cost: $53.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in
Placer County,
CA on 9/17/2026.

/s/ Mariah Gutierrez

Mariah Gutierrez - +1 (916) 477-4299
Registration No.: 2025-028
Registration County: Sacramento County


Exhibit 1a)
9/16/2026 1:17 pm PDT
2710 Gateway Oaks Dr, Ste 150N, Sacramento, CA 95833-3502
38.6160550, -121.5166033
150
CSC Lawyers
Incorporating
Service Company