# UNITED STATES DISTRICT COURT

for the
Central District of California

| | | |
|---|---|---|
| **LAURIE J. FISCHER**<br>*Plaintiff*<br>v.<br>**U.S. BANK, NATIONAL ASSOCIATION; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES LLC**<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:26-cv-09750-PA-BFM |

## AFFIDAVIT OF SERVICE

I, Mariah Gutierrez, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to TRANS UNION LLC in Sacramento County, CA on September 16, 2026 at 1:17 pm at 2710 Gateway Oaks Dr, Ste 150N, Sacramento, CA 95833-3502 by leaving the following documents with Skylar Leih who as Intake Specialist at Corporation Service Company is authorized by appointment or by law to receive service of process for TRANS UNION LLC.

SUMMONS IN A CIVIL ACTION
COMPLAINT FOR DAMAGES
CIVIL COVER SHEET
NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM
CERTIFICATION AND NOTICE OF INTERESTED PARTIES
NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES
NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
STANDING ORDER

Additional Description:
Skylar Leih oversaw drop-off.
Race: , Sex: , Est. Age: , Hair: , Glasses: N, Est. Weight: , Est. Height: .

Geolocation of Serve: https://google.com/maps?q=38.616055,-121.5166033333
Photograph: See Exhibit 1

Total Cost: $100.50

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in
Placer County,
CA on 9/17/2026.

/s/ Mariah Gutierrez

Mariah Gutierrez - +1 (916) 477-4299
Registration No.: 2025-028
Registration County: Sacramento County


Exhibit 1a)
9/16/2026 1:17 pm PDT
2710 Gateway Oaks Dr, Ste 150N, Sacramento, CA 95833-3502
38.6160550, -121.5166033
150
CSC Lawyers
Incorporating
Service Company