# UNITED STATES DISTRICT COURT

for the
Central District of California

| | | |
|---|---|---|
| **LAURIE J. FISCHER**<br>*Plaintiff*<br>v.<br>**U.S. BANK, NATIONAL ASSOCIATION, TRANS UNION LLC, AND EQUIFAX INFORMATION SERVICES LLC,**<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:26-cv-09750-PA-BFM |

## AFFIDAVIT OF SERVICE

I, Daniel Benavides, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to U.S. BANK, NATIONAL ASSOCIATION in Los Angeles County, CA on September 16, 2026 at 6:37 pm at 633 West 5th Street, 24th Floor, Los Angeles, CA 90071 by leaving the following documents with David Miller who as Receptionist authorized to accept is authorized by appointment or by law to receive service of process for U.S. BANK, NATIONAL ASSOCIATION.

SUMMONS IN A CIVIL ACTION
NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM
CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)
COMPLAINT FOR DAMAGES
CIVIL COVER SHEET
Fischer Laurie - 26.09.10 - Notice of Assignment to United States Judges
Fischer Laurie - 26.09.10 - Notice to Counsel Re Consent to Proceed Before Magistrate Judge
Fischer Laurie - 26.09.11 - Standing Order
Race: Hispanic or Latino, Sex: Male, Est. Age: 35-44, Hair: Black, Glasses: Y, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=34.1465607,-118.2553767
Photograph: See Exhibit 1

Total Cost: $100.50

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Los Angeles County,

CA on 9/17/2026.

/s/ Daniel Benavides

Daniel Benavides - +1 (323) 910-5708
Registration No.: 2020026215
Registration County: Los Angeles County


Exhibit 1a)
9/16/2026 6:37 pm PDT
633 West 5th Street, 24th Floor, Los Angeles, CA 90071
34.1465607, -118.2553767
usbank